No. 3952.—Pueblo, aplte., *v.* Rivera et al., apldos.—C. D. Humacao.   Feb. 11, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Texidor.)

No encontrando que la apelación en este caso sea frívola, ya que presenta una importante cuestión de ley, se declara sin lugar la moción para desestimar.

No. 4839.—Altiery, apldo., *v.* Junta Examinadora de Ingenieros, Etc., aplte.—C. D. Mayagüez.   Feb. 14, 1930.

Confirmado por los fundamentos de la opinión en el caso 4840.

No. 4971.—Amadeo, aplte., *v.* Rodríguez et al., apldos.— C. D. Humacao.   Feb. 14, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Wolf.)

Desestimado el recurso después de sometido, por falta de jurisdicción consistente en haberse radicado el escrito de apelación después de vencido el término legal.

No. 5218.—Benítez, aplte., *v.* Yabucoa Sugar Co., aplda.— C. D. Humacao.   Feb. 19, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Wolf.)

No habiendo el apelante elevado a esta corte los autos dentro de los 30 días que señala la ley después de aprobada la transcripción de la evidencia, se declara con lugar la moción de la parte apelada y por consiguiente se desestima la apelación entablada.